**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT  DESIGNATED  FOR  PUBLICATION

Marylyn A. Leblanc
La. Corr. Instute for Women DOC No. 5363
P.O. Box 26
St. Gabriel, LA 70776

**REHEARING ACTION: November 28, 2012**

**Docket Number: 11   01150-KH**

**STATE OF LOUISIANA**
**VERSUS**
**MARYLYN A. LEBLANC**

**Writ Application from Lafayette Parish Case No. 116138**

**BEFORE JUDGES:**

>    **Hon. Oswald A. Decuir**
>    **Hon. Jimmie C. Peters**
>    **Hon. Elizabeth A. Pickett**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Marylyn A. Leblanc** has this day been

>    **DENIED.**

cc: Michael Harson, Counsel for  the Respondent